UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOXMIND CANADA ENTERPRISES LTD,

                Plaintiff,

-against-

AFNAOF623, ANCSQOP, AUDIEANCIO, BAITING, CCAS-829, EAUTO2015, GLOAMYT, GO GO GROCERY, HZDZXNY, LXZENS, MCJIRY, NAVYBLUECLOTHING, NAYUTRA, NETSASREP, OLDRUSHE, PEACHLIFE, QIANG0013, QIOSLY, QUENTJ, REDWERE, SANDERSON888, SCATCHIO, SEFFERIONE, SEXYKINDE, SHRAOOY, SJILLYG, SNAKARTRIO, SUPERONE_3, SZ_SHOP9, SZZUOYIF, UDJUUET, UINTKERD, UINTOORE and UINTSAVE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/02/2024

24 Civ. 1350 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 7, 2024, Plaintiff informed the Court that Defendants have been served in this matter. Accordingly, this case shall be UNSEALED. The Clerk of Court is directed to place all filings and orders on the docket.

    SO ORDERED.

Dated:    April 2, 2024
            New York, New York

ANALISA TORRES
United States District Judge

1