```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOXMIND CANADA ENTERPRISES LTD,

        Plaintiff,

-against-

AFNAOF623, ANCSQOP, AUDIEANCIO, BAITING, CCAS-829, EAUTO2015, GLOAMYT, GO GO GROCERY, HZDZXNY, LXZENS, MCJIRY, NAVYBLUECLOTHING, NAYUTRA, NETSASREP, OLDRUSHE, PEACHLIFE, QIANG0013, QIOSLY, QUENTJ, REDWERE, SANDERSON888, SCATCHIO, SEFFERIONE, SEXYKINDE, SHRAOOY, SJILLYG, SNAKARTRIO, SUPERONE_3, SZ_SHOP9, SZZUOYIF, UDJUUET, UINTKERD, UINTOORE and UINTSAVE,

        Defendants.

24 Civ. 1350 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 29, 2024, Plaintiff filed a certificate of service indicating that Defendants were served on March 7, 2024, and that their answers were due March 28, 2024. ECF No. 20. Defendants have not filed any answers.

    Accordingly, by **August 31, 2024**, Plaintiff shall file a status update as to its intentions with regard to this matter, including whether it intends to seek a default judgment.

    SO ORDERED.

Dated: August 5, 2024
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge