USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/3/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOXMIND CANADA ENTERPRISES LTD,

                              Plaintiff,

              -against-                                              24 Civ. 1350 (AT)

AFNAOF623, ANCSQOP, AUDIEANCIO,                                      **ORDER**
BAITING, CCAS-829, EAUTO2015,
GLOAMYT, GO GO GROCERY, HZDZXNY,
LXZENS, MCJIRY, NAVYBLUECLOTHING,
NAYUTRA, NETSASREP, OLDRUSHE,
PEACHLIFE, QIANG0013, QIOSLY, QUENTJ,
REDWERE, SANDERSON888, SCATCHIO,
SEFFERIONE, SEXYKINDE, SHRAOOY,
SJILLYG, SNAKARTRIO, SUPERONE_3,
SZ_SHOP9, SZZUOYIF, UDJUUET,
UINTKERD, UINTOORE and UINTSAVE,

                              Defendants.
_____

ANALISA TORRES, District Judge:

        On October 2, 2024, Plaintiff acquired a certificate a default against all remaining
Defendants from the Clerk of Court. ECF No. 29. On the same day, Plaintiff filed a proposed
order to show cause, ECF No. 30, supporting affidavits and attached exhibits, ECF Nos. 31–32, a
memorandum of law in support of its proposed order, ECF No. 33, and a proposed default
judgment, ECF No. 34. Accordingly:

    1. By **October 10, 2024**, Plaintiff shall serve on the remaining Defendants copies of this
       Order to Show Cause; the affidavits of Gabriela Nastasi and David Capron and
       attached exhibits, ECF Nos. 31–32; Plaintiff's memorandum of law in support of its
       proposed order to show cause, ECF No. 33; and Plaintiff's proposed default
       judgment, ECF No. 34.
    2. By **October 17, 2024**, Plaintiff shall file proof of service on the docket.
    3. By **November 7, 2024**, Defendants shall respond to Plaintiff's motion.
    4. By **November 14, 2024**, Plaintiff shall submit its reply, if any.
    5. On **December 2, 2024**, at **11:00 a.m.**, Defendant shall appear at a telephonic
       conference to show cause why the Court should not enter a default judgment against
       them pursuant to Federal Rule of Civil Procedure 55(b). Plaintiff shall also appear.
       The parties are directed to dial +1 (646) 453-4442 and enter access code 581 694
       805# at the time of the conference.

        Plaintiffs may effect service on Defendants by the means specified in the Court's orders
authorizing bifurcated and alternative service by electronic means. *See* Temporary Restraining
Order at 9, ECF No. 14; Preliminary Injunction ¶¶ 4–5, ECF No. 16.

1

SO ORDERED.

Dated:    October 3, 2024
          New York, New York

_____
ANALISA TORRES
United States District Judge

2